UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:21 MJ 1169 JMB |
| | ) |
| Freeman Whitfield IV, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its Attorneys Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, John R. Mantovani, Assistant United States Attorney for said District, and moves the Court to order defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, 3141, et seq.

As and for its grounds, the Government states as follows:

1. Defendant is charged with an offense for which the death penalty is prescribed under Title 18.

2. There is a serious risk that the defendant will flee.

3. The defendant is a threat to the community.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ John R. Mantovani*
JOHN R. MANTOVANI, #50867MO
Assistant U.S. Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200